Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
Taylor Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone: 702.862.8800
Fax No.:    702.862.8811
kbranson@littler.com
kbuono@littler.com

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER MYERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-00904-JAD-BNW<br><br>**STIPULATION AND [ORDER] TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Christopher Myers ("Plaintiff") and Defendant Cox Communications Las Vegas, Inc. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of July 9, 2025, up to and including **August 5, 2025.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 2, 2025

Respectfully submitted,

*/s/ Matthew T. Hale*
Jemme E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
CHRISTOPHER MYERS

Dated: June 2, 2025

Respectfully submitted,

*/s/ Taylor A. Buono*
Z. Kathryn Branson, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
COX COMMUNICATIONS LAS VEGAS, INC.

**IT IS SO ORDERED.**

Dated: July 8, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
702.862.8800

2

4928-1181-8833 / 111727.1020