# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| Christopher Myers, | Case No. 2:25-cv-00904-JAD-BNW |
| Plaintiff, | **Order** |
| v. | |
| Cox Communications Las Vegas, Inc., | |
| Defendant. | |

On August 6, 2025, the Court set this case for an early neutral evaluation ("ENE") on October 17, 2025.  Docket No. 11.  The Court concurrently issued an order requiring the parties to discuss settlement and to file, no later than **October 3, 2025**, a joint statement with the parties' position as to whether holding the ENE would be futile.  Docket No. 12.

On October 6, 2025, the parties filed a notice stating that they are "too far apart to engage in meaningful settlement discussions at an ENE."  Docket No. 26 at 1-2.  This notice fails to comply with the Court's order in that it was not filed by the deadline set by the Court.  Parties are required to comply with court orders.[1]

Nonetheless, the Court **VACATES** the ENE.  The Court orders this case returned to the normal litigation track and INSTRUCTS the Clerk's Office to remove the ENE flag from this case.  The Court ORDERS the parties to comply with all future court orders.  Failure to comply with a court order may result in sanctions.

IT IS SO ORDERED.

Dated: October 6, 2025.

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court notes that, on October 5, 2025, Plaintiff filed a notice stating that the parties had met and were too far apart in their valuation of the case to engage in a productive ENE.  Docket No. 25.  This notice also fails to comply with the Court's order.