```
Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone: 702.862.8800
Fax No.:    702.862.8811
kbranson@littler.com
tbuono@littler.com

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS, INC.
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MYERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-00904-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff CHRISTOPHER MYERS and Defendant COX COMMUNICATIONS LAS VEGAS, INC. (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to Plaintiff's Second Amended Complaint from the current deadline of October 24, 2025 up to and including **November 11, 2025.**

/ / /

/ / /

/ /

Good cause exists to extend the responsive pleading deadline. Defendant respectfully requests the additional time as Defense counsel has had work travel since the filing of the Second Amended Complaint, and requests this additional time to prepare a response. This request is made in good faith and not for the purpose of delay.

Dated: October 23, 2025

GREENBERG GROSS LLP

*/s/ David C. Kiebler*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.

Attorney for Plaintiff
CHRISTOPHER MYERS

Dated: October 23, 2025

LITTLER MENDELSON, P.C.

*/s/ Taylor A. Buono*
Z. Kathryn Branson, Esq.
Taylor A. Buono, Esq.

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS, INC.

**IT IS SO ORDERED.**

Dated: October 24, 2025

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
702.862.8800

2

4931-3003-2757 / 111727.1020