Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone: 702.862.8800
Fax No.:     702.862.8811
kbranson@littler.com
tbuono@littler.com

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER MYERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-00904-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 37 |

Plaintiff CHRISTOPHER MYERS and Defendant COX COMMUNICATIONS LAS VEGAS, INC. (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file an Answer to Plaintiff's Second Amended Complaint from the current deadline of December 30, 2025, set forth in ECF No. 36, up to and including **January 6, 2026.**

/ / /


/ / /


/ /

Good cause exists to extend the Answer deadline. Defendant respectfully requests the additional time due to the holidays and requests this additional time to prepare its response. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: December 23, 2025 | Dated: December 23, 2025 |
| GREENBERG GROSS LLP | LITTLER MENDELSON, P.C. |
| /s/ David C. Kiebler | /s/ Taylor A. Buono |
| Jemma E. Dunn, Esq.<br>Matthew T. Hale, Esq.<br>David C. Kiebler, Esq. | Z. Kathryn Branson, Esq.<br>Taylor A. Buono, Esq. |
| Attorney for Plaintiff<br>CHRISTOPHER MYERS | Attorneys for Defendant<br>COX COMMUNICATIONS LAS VEGAS, INC. |

**IT IS SO ORDERED.**

Dated: 12/30/25

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
702.862.8800

2

4898-7652-2628 / 111727.1020